# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MAINE

| In re: | ) | |
|---|---|---|
| | ) | |
| MORIN BRICK COMPANY, | ) | Chapter 11 |
| | ) | Case No. 08-21022 JBH |
| Debtor. | ) | |

## NOTICE OF APPEARANCE

Pursuant to 11 U.S.C. §§ 102(1) and 342(c), Federal Rules of Bankruptcy Procedure 2002, 9007, and 9010(a) and (b), and D. Me. LBR 9010-1, Fred W. Bopp III, Esq. and Randy J. Creswell, Esq. of Perkins Thompson, P.A., hereby enter their appearance as proposed counsel for the Committee of Creditors Holding Unsecured Claims (the "Committee") in the above Chapter 11 case, as follows:

Fred W. Bopp III, Esq.
Randy J. Creswell, Esq.
Perkins Thompson, P.A.
One Canal Plaza, PO Box 426
Portland, ME 04112-0426
(207) 774-2635
(207) 871-8026 (facsimile)
fbopp@perkinsthompson.com
rcreswell@perkinsthompson.com

Pursuant to Federal Rule of Bankruptcy Procedure 2002(g) and D. Me. LBR 9010-1, please add the above names and address to the mailing matrix/service list in this case.

Dated at Portland, Maine this 16th day of September, 2008.

/s/ Fred W. Bopp III
Fred W. Bopp III, Esq.
Proposed counsel for the
Committee of Creditors Holding
Unsecured Claims

Perkins Thompson, P.A.
One Canal Plaza, PO Box 426
Portland, ME 04112-0426
(207) 774-2635

## CERTIFICATE OF SERVICE FOR ELECTRONIC FILING

I hereby certify that I caused to be served true and correct copies of the above Notice of Appearance and this Certificate of Service on each of the parties set forth on the Service List below, via First Class U.S. mail, postage fully prepaid, on this date.

All other parties listed on the Notice of Electronic Filing have been served electronically on this date.

Dated at Portland, Maine this 16th day of September, 2008.

                                            /s/ Fred W. Bopp III
                                            Fred W. Bopp III, Esq.
                                            Proposed counsel for the
                                            Committee of Creditors Holding
                                            Unsecured Claims

Perkins Thompson, P.A.
One Canal Plaza, PO Box 426
Portland, ME  04112-0426
(207) 774-2635

## Service List

Paul Scoff
Sprague Energy
Two International Drive, Suite 200
Portsmouth NH  03801

Edward Harrell
Pine Hall Brick Co., Inc.
PO Box 751349
Charlotte, NC  28275-1349

Brian Boulet
Boulet Freight Management, Inc.
PO Box 357
Fairfield, ME  04937

Michael P. Fisher
Watsontown Brick
PO Box 68
Watsontown, PA  1777-0068

John Stowers
Diversified Ceramic Services, Inc.
PO Box 77951
Greensboro, NC  27417-7951

Daymark Group, LLC
40 Stark Street
Manchester, NH  03101