............................

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MAINE

| | |
|---|---|
| **In re:** | |
| **MORIN BRICK COMPANY, INC.,** | Chapter 11 |
| Debtor. | Case No. 08-21022 |

### REVISED ORDER GRANTING APPLICATION TO EMPLOY
### NAI THE DUNHAM GROUP, INC.

Upon consideration of the Application by Morin Brick Company, Inc., the above-captioned debtor and debtor in possession (the "Debtor"), for Authority to Employ NAI The Dunham Group, Inc. (the "Dunham Group"), nunc pro tunc to the date of the filing of the Debtor's bankruptcy petition, as a real estate broker for the Debtor (the "Application"), and upon consideration of the Affidavit of Thomas B. Dunham ("Dunham") filed in support of the Application, and it satisfactorily appearing that Dunham and the Dunham Group are disinterested and do not represent or hold any interest adverse to the Debtor or the estate, and that the employment will be in the best interest of the Debtor and the Debtor's estate, and no objection having been raised, it is hereby **ORDERED, ADJUDGED** and **DECREED** as follows:

1. The Application is granted.

2. The Debtor be and hereby is authorized to employ the Dunham Group as its real estate broker in relation to the sale of the Gorham Property (as such term is defined in the Application), with such employment being effective as of the date of the Debtor's bankruptcy filing.

3. The Dunham Group shall be entitled to a commission in an amount equal to five percent (5%) of the gross sale price for the Gorham Property, provided, however,

that the commission paid shall in no event be greater than $27,750.00 and such commission shall be paid from the proceeds of sale, if any, of the Gorham Property. The commission shall be made from the proceeds of the sale of the Gorham Property at closing.

4.  Any compensation paid to the Dunham Group is subject to allowance or disallowance under the applicable sections of the Bankruptcy Code after such notice and opportunity for hearing as the Court may direct. Nothing herein shall limit the jurisdiction of the Court with respect to allowance of the claims for payment of the Dunham Group.

5.  This Order will be final in ten (10) days unless a party in interest sooner objects.

Dated: October 22, 2008

/s/ James B. Haines, Jr.
———————————————
The Honorable James B. Haines, Jr.
United States Bankruptcy Judge for the
District of Maine