# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF MAINE

# Minute Entry

## *Hearing Information:*

| | |
|---|---|
| **Debtor:** | MORIN BRICK COMPANY |
| **Case Number:** | 08-21022     **Chapter:** 11 |
| **Date / Time / Room:** | WEDNESDAY, DECEMBER 10, 2008 11:30 AM   COURTROOM |
| **Bankruptcy Judge:** | JAMES B. HAINES, JR |
| **Courtroom Clerk:** | MARY-ELLEN PAIONE |
| **Reporter / ECR:** | JULIE WINBERG |

## *Matter:*

DEBTOR'S MOTION FOR ORDER APPROVING STIPULATION AND MODIFYING ORDER TO (I) ENJOIN UTILITIES FROM ALTERING, REFUSING, OR DISCONTINUING SERVICE, AND (II) ESTABLISHING PROCEDURES FOR ADDITIONAL ADEQUATE ASSURANCE

**R / M #:**   143 / 0

## *Appearances:*

D. SAM ANDERSON, ATTORNEY FOR MORIN BRICK COMPANY
RANDY CRESWELL, ATTORNEY FOR CREDITORS COMMITTEE

## *Proceedings:*

Motion GRANTED; Order to enter.