**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| In re: <br><br> **MORIN BRICK COMPANY, INC.,** <br><br> Debtor. | Chapter 11 <br><br> Case No. 08-21022 |

**ORDER GRANTING APPLICATION FOR ORDER AUTHORIZING THE
RETENTION AND EMPLOYMENT OF EPSTEIN COMMERCIAL REAL ESTATE AS
REAL ESTATE BROKER FOR THE DEBTOR AND
<u>DEBTOR IN POSSESSION</u>**

Upon consideration of the above-captioned Debtor's (the "<u>Debtor</u>") Application for Order Authorizing the Retention and Employment of Epstein Commercial Real Estate as Real Estate Broker for the Debtor and Debtor in Possession (the "<u>Application</u>"), and upon consideration of the Affidavit of Bev Uhlenhake In Support of the Application, and it satisfactorily appearing that Epstein Commercial Real Estate ("<u>Epstein</u>") is disinterested and does not represent or hold any interest adverse to the Debtor or the estate in the matters upon which Epstein is to be engaged, and it satisfactorily appearing that the employment of Epstein will be in the best interest of the Debtor and the Debtor's estate, it is hereby **ORDERED**, **ADJUDGED** and **DECREED** as follows:

1. The Application is granted.

2. The Debtor is hereby authorized to employ Epstein as real estate broker on the terms set forth in the Application.

3. This Order will be final in ten (10) days unless a party in interest sooner objects.

Dated: January 29, 2009

/s/ James B. Haines, Jr.
_____
The Honorable James B. Haines, Jr.
United States Bankruptcy Judge for the District of Maine